[No. 13008-4-II. Division Two. August 27, 1992.]

LORI HUBBARD-WALLUCK, *Appellant*, v. PLAYLAND SHOWS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 88-2-02215-5, John N. Skimas, J., entered May 24, 1989. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Alexander and Seinfeld, JJ.

[No. 13970-7-II. Division Two. August 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL L. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 89-8-00142-8, Michael G. Spencer, J., entered May 11, 1990. *Affirmed* by unpublished opinion per Steiner, J. Pro Tem., concurred in by Morgan, A.C.J., and Green, J. Pro Tem.

[No. 14245-7-II. Division Two. August 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER DENNIS WEEMS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00276-4, James D. Ladley, J., entered August 15, 1990. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Alexander and Seinfeld, JJ.